

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

**NO. 2-09-114-CV**

ANDREW MCDERMETT,                                          APPELLANTS
TY MCDERMETT,
MCDERMETT OPERATING, INC.,
AND SUNDIAL RESOURCES, INC.

V.

NORTEX HOLDINGS, INC.                                        APPELLEE

------------

FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

The court has considered the parties' "Joint Motion to Dismiss Appeal as Moot," which indicates that the parties have entered into a settlement agreement, thereby mooting this interlocutory appeal from the temporary injunction entered in the underlying case. It is the court's opinion that the

---

[1] *See* Tex. R. App. P. 47.4.

motion should be granted; therefore, we dismiss the appeal as moot. *See* Tex. R. App. P. 43.2(f).

Costs of the appeal shall be paid by the party incurring same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  LIVINGSTON, J.; CAYCE, C.J.; and DAUPHINOT, J.

DELIVERED:  November 19, 2009